```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**JERALD SELLS, # 18027-003,**     \*
                                                           \*
    **Petitioner,**     \*
                                                           \* CRIMINAL NO. 20-00076-JB-B
**vs.**     \* CIVIL ACTION NO. 23-00096-JB-B
                                                           \*
**UNITED STATES OF AMERICA,**     \*
                                                           \*
    **Respondent.**     \*

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 9, 2026 (Doc. 171) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Jerald Sells's amended motion under 28 U.S.C. § 2255 to vacate, set aside, or correct sentence (Doc. 159) is **DENIED,** that this action is **DISMISSED with prejudice,** and that Petitioner Sells is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE** this **2nd** day of **March 2026.**

                                              **/s/ JEFFREY U. BEAVERSTOCK**
                                              **CHIEF UNITED STATES DISTRICT JUDGE**